COPY

K&L GATES LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001
Seth A. Gold (SBN 163220)
seth.gold@klgates.com
Cyrus S. Naim (SBN 240119)
cyrus.naim@klgates.com

Attorneys for Plaintiffs
Avid Life Media, Inc. and Avid Dating
Life, Inc. dba Ashley Madison

FILED
12 SEP -5 PM 3:17
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

AVID LIFE MEDIA, INC., an Ontario corporation, and AVID DATING LIFE, INC., an Ontario corporation dba ASHLEY MADISON,

Plaintiffs,

vs.

MARITAL AFFAIR LTD., a United Kingdom company dba Maritalaffair.com; GLOBAL PERSONALS LIMITED, a United Kingdom company dba Whitelabeldating.com; and DOES 1 THROUGH 10,

Defendants.

Case No. CV12- 07604 MMM (MANx)

**CERTIFICATION AS TO INTERESTED PARTIES**

LA-522076 v1

CERTIFICATION AS TO INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Plaintiffs Avid Life Media, Inc. and Avid Dating Life, Inc. dba Ashley Madison ("Plaintiffs") state that Avid Dating Life, Inc. dba Ashley Madison is the wholly-owned subsidiary of Avid Life Media, Inc. Plaintiffs further state that Avid Life Media, Inc. is a privately held corporation and that it has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Pursuant to L.R. 7.1-1, the undersigned, counsel of record for Plaintiffs, certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Avid Dating Life, Inc. dba Ashley Madison (Plaintiff)

Avid Life Media, Inc. (Plaintiff and parent corporation to Avid Dating Life, Inc. dba Ashley Madison)

K&L GATES LLP

Dated: September 5, 2012       By: _____
Seth A. Gold
seth.gold@klgates.com
Cyrus S. Naim
cyrus.naim@klgates.com

Attorneys for Plaintiffs
Avid Life Media, Inc. and Avid Dating Life, Inc.

LA-522076 v1

1

**CERTIFICATION AS TO INTERESTED PARTIES**